# KENNETH W. ANDRIEU & ASSOCIATES, L.L.C.
## 4311 S. PRIEUR STREET
## NEW ORLEANS, LA 70125
### 504/421-2120 (office)
kandrieu11@cox.net

---

January 21, 2016

**VIA CERTIFIED MAIL –**     7009-1680-0001-8686-6602
**RETURN RECEIPT REQUESTED**

FIVE STAR TRANSPORT, LLC
950 Houston Northcutt Blvd., Ste. 100
Mt. Pleasant, SC  29464

    Re: Rosemarie Robertson, et al
        vs. Larry Jean Boyd, et al
        Civil District Court for the Parish of Orleans
        Case No. 2016-00229, Div. "E"-16

Dear Sir/Madam:

    You are hereby served via the Long-Arm Statute with the Petition For Damages in the above captioned.  Also attached thereto, are Interrogatories, Request for Production of Documents, and Request for Admissions.  Please respond to same within the time delays allowed by Louisiana law, namely 15 days for the filing of an Answer to a Petition for Damages, and 20 days for responding to Interrogatories, Request for Production of Documents, and Request for Admissions.

    Thanking you in advance for your courtesies and cooperation herein, I remain

                                                Very truly yours,

                                                KENNETH W. ANDRIEU

ATTORNEY'S NAME: Andrieu, Kenneth W 20675
AND ADDRESS: 7163 Florida Boulevard, Suite B, Baton Rouge, LA 70806

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-00229    DIVISION: E    SECTION: 16

ROBERTSON, ROSEMARIE ET AL

**Versus**

BOYD, LARRY JEAN ET AL

**CITATION - LONG ARM**

TO:       FIVE STAR TRANSPORT, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE  THE LOUISIANA LONG ARM STATUTE
          950 HOUSTON NORTHCUTT BLVD., SUITE 100, MT. PLEASANT, SC 29464

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH ATTACHMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 11, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Tyme Jones, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within Petition for Damages WITH ATTACHMENTS ON FIVE STAR TRANSPORT, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE THE LOUISIANA LONG ARM STATUTE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within Petition for Damages WITH ATTACHMENTS ON FIVE STAR TRANSPORT, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said FIVE STAR TRANSPORT, LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 9287071    Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-229   DIVISION "E"   SECTION 16

ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS

VERSUS

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND AMERICAN INTER-FIDELITY EXCHANGE

FILED: _____   _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of Rosemarie Robertson wife of/and Roger Blais, persons of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represent:

1.

Made defendants herein are:

a)  LARRY JEAN BOYD, a person of the full age of majority, residing in the County of Kemper, State of Mississippi;

b)  FIVE STAR TRANSPORT, LLC, a domestic corporation authorized to do and doing business in the State of Louisiana; and

c)  AMERICAN INTER-FIDELITY EXCHANGE, a foreign insurance company that is authorized to do and doing business in the State of Louisiana,

who are truly and justly indebted unto your petitioner for the following reasons to wit:

2.

On or about the 30th day of January, 2015, your petitioner, Rosemarie Robertson, while travelling in the right hand lane of Tchoupitoulas near its intersection with St. James St., Defendant Larry Jean Boyd, who was operating an 18-Wheeler Truck owned by Defendant Five Star Transport, LLC, improperly crossed over into Robertson's lane thereby causing an accident. The magnitude of the impact from the 18-Wheeler Truck propelled the Robertson vehicle into a parked car.

3.

Defendant Larry Jean Boyd was within the course and scope of his employment with Defendant Five Star Transport, LLC, and thus he had the permissive use of the owner of the 18-Wheeler Truck to drive same when the accident occurred. As such, Defendant Five Star Transport, LLC is vicariously liable for the acts of Mr. Boyd under the doctrine of respondeat superior.

4.

The proximate cause of the accident was the negligence of defendant, Larry Jean Boyd, in the following but non-exclusive respects:

  a) Improper Lane Usage;

  b) Failure to observe oncoming traffic;

  b) Failing to see what he should have seen;

  c) Operating his vehicle in a careless and/or reckless manner;

  d) Failing to keep his vehicle under control;

  e) All other acts of negligence to be shown at the time of the trial.

5.

As a result of the negligence of the defendant, Larry Jean Boyd, your petitioner, Rosemarie Robertson, suffered multiple contusions to the body trunk, spine and extremities, including but not limited to the left arm, left tricep, left shoulder, and post traumatic headaches, and is entitled to an amount to commensurate with her damages and injuries to include physical pain and suffering, mental anguish, permanent disability, medical expenses, past, present and future, loss of income past, present and future, loss of earning capacity and loss of enjoyment of life, all as reasonable under the premises, to be determined by the trier of fact.

6.

At all relevant times, defendant American Inter-Fidelity Exchange provided liability coverage for the vehicle operated by Larry Jean Boyd on the date of this accident, for the types of

damages sought herein, and American Inter-Fidelity Exchange is made a party defendant.

7.

Moreover, that as a result of the injuries which Rosemarie Robertson sustained in the accident sued on herein, Roger Blais, her husband, has suffered a loss of consortium, services and society of his wife, and therefore, he seeks to be compensated as well for his injuries herein.

8.

Petitioners aver amicable demand upon defendants to no avail.

WHEREFORE, your petitioners, Rosemarie Robertson wife of/and Roger Blais, pray that the defendants, Larry Jean Boyd, Five Star Transport, LLC, and American Inter-Fidelity Exchange, be served with a copy of this petition, and after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of petitioners, for all amounts commensurate with their damages, to include physical pain and suffering, mental anguish, permanent disability, medical expenses, past, present and future, loss of income, past, present and future, loss of earning capacity, loss of enjoyment of life, loss of consortium, services, and society, and all other loses as reasonable under the premises, to be determined by the trier of fact; said judgment against defendants, Larry Jean Boyd, Five Transport, LLC, and American Inter-Fidelity Exchange, jointly, severally, an *in solido*, together with legal interest, thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted,

_____
KENNETH W. ANDRIEU - 20675
KENNETH W. ANDRIEU & ASSOCS.
4311 S. Prieur St.
New Orleans, LA 70125
(504) 421-2120
Attorney for Petitioners,
Rosemarie Robertson wife of/and
Roger Blais

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

**PLEASE SERVE:**

LARRY JEAN BOYD     (VIA LONG-ARM SERVICE)
74 Ramsey St.
Scooba, MS 39358

FIVE STAR TRANSPORT, LLC (VIA LONG-ARM SERVICE)
950 Houston Northcutt Blvd., Ste. 100
Mt. Pleasant, SC 29464

AMERICAN INTER-FIDELITY EXCHANGE
through its agent for service,
LOUISIANA SECRETARY OF STATE
Baton Rouge, LA

AND

AMERICAN INTER-FIDELITY EXCHANGE
through its agent for service,
LOUISIANA COMMISSIONER OF INSURANCE
1702 N. Third St.
Baton Rouge, LA   70802

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-229  DIVISION "E"  SECTION 16

ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS

VERSUS

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND AMERICAN INTER-FIDELITY EXCHANGE

FILED: _____  _____
DEPUTY CLERK

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary, personally came and appeared:

ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS

who after being duly sworn, did depose and say that they are the petitioners in the above and foregoing Petition For Damages, that they have read same and that all allegations contained therein are true and correct to the best of their knowledge, information and belief.

_____
ROSEMARIE ROBERTSON

_____
ROGER BLAIS

SWORN AND SUBSCRIBED
BEFORE ME, THIS 14
DAY OF DECEMBER, 2015.

_____
NOTARY PUBLIC
KENNETH W. ANDRIEU - 20675

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-229          DIVISION "E"          SECTION 16

**ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS**

**VERSUS**

**LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND AMERICAN INTER-FIDELITY EXCHANGE**

FILED:_____   _____
                                       DEPUTY CLERK

**INTERROGATORIES**

TO:  LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC,
     AND AMERICAN INTER-FIDELITY EXCHANGE

**NOW INTO COURT**, through undersigned counsel, come Petitioners, Rosemarie Robertson wife of/and Roger Blais, in the above-entitled and numbered cause, and propound the following written interrogatories to defendants, Larry Jean Boyd, Five Star Transport, LLC, and American Inter-Fidelity Exchange, to be answered in writing under oath in accordance with the Louisiana Code of Civil Procedure.

**INTERROGATORY NO. 1:** State your full name, your date of birth, your social security number, your marital status at the time of the accident, your present marital status, your present home address, employer name and address, and employment position.

**INTERROGATORY NO. 2:** As to any and all affirmative defenses alleged by you in your Answer to Petitioners' Petition for Damages, please set forth all facts known to you which contend support and/or corroborate said allegations or defense.

**INTERROGATORY NO. 3:** As to any and all denials plead by you in your Answer to Petitioners' Petition for Damages, please set forth all facts known to you which contend support and/or corroborate said allegations or defense.

**INTERROGATORY NO. 4:** Describe precisely and with as much detail as possible your recollection and version of the subject accident, and identify all communication(s) and document(s) wherein you recorded such recollection and version for the benefit of any person, including any representative of you.

**INTERROGATORY NO. 5:** Please state the name and address for whom a statement, written or oral, has been obtained by you or on your behalf relating in any way to the subject accident, stating as to each such statement whether it was taken in written or oral form, the date it was obtained or taken, the name and address of the person who took or obtained it, and the name and address of the party who is presently in possession of it.

**INTERROGATORY NO. 6:** Identify each person who is a WITNESS, claims to have witnessed, is reported to have witnessed any aspect of the subject accident, or was within sight or hearing of any aspect of the accident or is reported to have participated or been involved in events leading up to any aspect of the accident or subsequent investigation thereof, and include in your answer:

(a) Name, address and telephone number of each such person or other means of establishing identity;

(b) Identification of the subject matter upon which you expect each such person to testify.

**INTERROGATORY NO. 7:** Is it your contention that any of the following caused or contributed to the happening of this accident, and/or any injuries or damages claimed in Petitioners' petition:

(a) The action or omission of any one not a party to the lawsuit;

(b) The action or omission of the Petitioners;

(c) Any defect in any vehicle involved in this accident;

(d) Negligent maintenance, inspection, repair, or service of any vehicle involved in this accident;

(e) Negligent operation of any vehicle involved in this accident;

(f) Weather conditions; or

(g) Roadway defect or maintenance.

**INTERROGATORY NO. 8:** Should your answer to any part of the foregoing interrogatory be in the affirmative, please explain and indicate what proof you have to support same.

**INTERROGATORY NO. 9:** Please state when you first became aware of the Petitioners' vehicle involved in this accident.

**INTERROGATORY NO. 10:** Please state the weather conditions at the time and place of the subject accident, identifying the time the accident took place, and the illumination of the area at the time of the accident.

**INTERROGATORY NO. 11:** Please state whether there existed any obstructions to your vision at the time and place of the subject accident, and, if so, what they consisted of.

**INTERROGATORY NO. 12:** Please state where you were coming from and where you were going at the time and place of the subject accident, and, whether or not you were within the course and scope of your employment.

**INTERROGATORY NO. 13:** Please state whether you engaged in any conversation with anyone on the accident scene, identifying who the person may have been both name and address, and the source of the conversation.

**INTERROGATORY NO. 14:** Please state whether you had any alcohol to drink and/or consumed any medication within 24 hours of the sate of the subject accident.

**INTERROGATORY NO. 15:** Please state whether the vehicle you were driving at the time of the subject accident sustained any damage. If so, please provide what parts or areas of your vehicle sustained damage, the cost of repair, and the name and address of the company who did said repairs.

**INTERROGATORY NO. 16:** Please state with whom you were insured at the time of the subject accident, both the name and address, the dates of coverage, the limits of liability, and the policy number(s).

**INTERROGATORY NO. 17:** Please state whether there exists any question or controversy with respect to coverage for the subject accident referenced in the foregoing interrogatory.

**INTERROGATORY NO. 18:** Please list any and all lawsuits that you have been involved in within the past 10 years, the nature of said lawsuit, and the outcome of same.

**INTERROGATORY NO. 19**: Please state whether you have been convicted of any felonies or misdemeanors within the past 10 years, and, if so, what they were, and the adjudication of same.

The above and foregoing interrogatories are deemed to be continuing so as to require supplemental answers if you or your attorney obtain additional information between the time the interrogatories are served and the time of the trial.

Respectfully submitted,

_/s/ Kenneth W. Andrieu_

KENNETH W. ANDRIEU - 20675
KENNETH W. ANDRIEU & ASSOCS.
4311 S. Prieur St.
New Orleans, LA  70125
(504) 421-2120
Attorney for Petitioner,
Rosemarie Robertson wife of/and
Roger Blais

**PLEASE SERVE**:

(along with the original Petition For Damages)

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC,
AND AMERICAN INTER-FIDELITY EXCHANGE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-229        DIVISION "E"        SECTION 16

ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS

VERSUS

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND AMERICAN INTER-FIDELITY EXCHANGE

FILED:_____    _____
                                    DEPUTY CLERK

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC,
      AND AMERICAN INTER-FIDELITY EXCHANGE

NOW INTO COURT, through undersigned counsel, come Petitioners, Rosemarie Robertson wife of/and Roger Blais, who, in accordance with the Louisiana Code of Civil Procedure, request that defendants, Larry Jean Boyd, Five Star Transport, LLC, and American Inter-Fidelity Exchange, produce the following described documents.

**REQUEST FOR PRODUCTION NO. 1:** Please produce a certified copy of any and all insurance agreements or policies which any person or entity may be liable to satisfy part or all of a judgment that may be rendered in the subject lawsuit or to indemnify or reimburse for payments made to satisfy the judgment, including but not limited to any liability insurance policy covering the defendant at the time in question and all excess or blanket coverage.

**REQUEST FOR PRODUCTION NO. 2:** Please produce any and all documents that you might introduce as evidence at the trial on the merits of the above and entitled and numbered cause.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all documents identified by you in answers to Movants' Interrogatories which were served concurrently herewith.

**REQUEST FOR PRODUCTION NO. 4:** Please produce any and all statements regardless of whether they are recorded, oral, written and/or transcribed by any other nature which are related to the above captioned matter.

**REQUEST FOR PRODUCTION NO. 5:** Please produce any and all accident reports, incident reports and/or written documents in any way substantiating the accident made the basis of this litigation.

**REQUEST FOR PRODUCTION NO. 6:** Please produce copies of all photographs taken of any object or person relating to the alleged accident made the subject of this litigation.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of any and all documents received by you via subpoena and/or via medical authorization and/or wage authorizations previously provided herein.

**REQUEST FOR PRODUCTION NO. 8:** Please produce any and all settlement agreements, if any, that may have been entered in the above captioned and numbered cause.

**REQUEST FOR PRODUCTION NO. 9:** If the defendant was within the course and scope of his employment at the time of the subject accident, please provide copies of any W-2s and/or tax returns for the last five years.

**REQUEST FOR PRODUCTION NO. 10:** Please provide damage estimates for any and all vehicles involved in the subject accident.

**REQUEST FOR PRODUCTION NO. 11:** Please provide the name and address and copies of any and all reports of any experts you may call as an expert at the trial on the merits herein.

**REQUEST FOR PRODUCTION NO. 12:** Please provide copies of any and all exhibits which you intend to use at the trial on the merits herein.

**REQUEST FOR PRODUCTION NO. 13:** Please provide any and all photographs, slides, motion pictures, video recordings, etc. of surveillance of petitioners taken at any time which may be relevant to the proceedings herein.

**REQUEST FOR PRODUCTION NO. 14:** Please provide copies of any and all medical records you may use at the trial on the merits for impeachment purposes and/or which you claim reflect petitioner's injury from this accident was aggravated by a subsequent injury or accident.

**REQUEST FOR PRODUCTION NO. 15:** Please provide copies of any and all medical records you may use at the trial on the merits for which you claim were pre-existing from the subject accident.

**REQUEST FOR PRODUCTION NO. 16**: Please provide copies of any and all documents which, though you do not intend to offer into evidence at the trial of this matter, you may use as demonstrative evidence at trial.

Respectfully submitted,

_____
KENNETH W. ANDRIEU - 206785
KENNETH W. ANDRIEU & ASSOCS.
4311 S. Prieur St.
New Orleans, LA  70125
(504) 421-2120
Attorney for Petitioners,
Rosemarie Robertson wife of/and
Roger Blais

**PLEASE SERVE:**

(along with the original Petition For Damages)

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC
AND AMERICAN INTER-FIDELITY EXCHANGE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-229   DIVISION "E"   SECTION 16

ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS

VERSUS

LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND
AMERICAN INTER-FIDELITY EXCHANGE

FILED:_____   _____
                                DEPUTY CLERK

### REQUEST FOR ADMISSIONS

TO: LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC
AND AMERICAN INTER-FIDELITY EXCHANGE

In accordance with Article 1466 of the Louisiana Code of Civil Procedure, YOU ARE HEREBY NOTIFIED that the attached Request for Admissions is served upon you. Petitioners request that defendants admit the truth of the facts set forth below within 15 days after receipt of the request. The requested admission, if made, shall be for purposes of the above entitled and numbered cause only. Any fact concerning any of the admissions requested which is not denied by serving the denial upon the Petitioner within 15 days of the service hereof shall be deemed admitted.

FURTHERMORE, in accordance with Article 1472 of the Louisiana Code of Civil Procedure, please be advised that Petitioners will be seeking expenses and attorney's fees for failure to admit a request which is later proven to be true at the trial on the merits.

**REQUEST FOR ADMISSION NO. 1:** Admit or deny that on the 30th day of January 2015, Larry Jean Boyd was the operator of an 18-Wheeler Truck that was involved in the accident which makes the subject of the instant lawsuit.

**REQUEST FOR ADMISSION NO. 2:** Admit or deny that on the 30th day of January 2015, Larry Jean Boyd was operating such vehicle on Tchoupitoulas St. near its intersection with St. James, New Orleans, LA.

**REQUEST FOR ADMISSION NO. 3:** Admit or deny that on the 30th day of January 2015, that 18-Wheeler Truck operated by Larry Jean Boyd came into contact with a vehicle driven by Petitioner Rosemarie Robertson.

REQUEST FOR ADMISSION NO. 4: Admit or deny that there were no obstructions or impairment of your vision preventing you from seeing, in all or part of the vehicle in which Petitioner was operating immediately prior to the collision.

REQUEST FOR ADMISSION NO. 5: Admit or deny that it is not your contention that the Petitioner herein contributed to or caused the occurrence of this accident.

REQUEST FOR ADMISSION NO. 6: Admit or deny that it is not your contention that at the time of the accident you experienced brake failure of any other mechanical defect in the vehicle you were driving.

REQUEST FOR ADMISSION NO. 7: Admit or deny that on the date of the subject accident you were cited by an officer of the New Orleans Police Department for being at fault for the accident.

Respectfully submitted,

_____
KENNETH W. ANDIREU - 20675
KENNETH W. ANDRIEU & ASSOCS.
4311 S. Prieur St.
New Orleans, LA   70125
(504) 421-2120
Attorney for Petitioners,
Rosemarie Robertson wife of/and
Roger Blais

PLEASE SERVE:

(along with the original Petition For Damages)

LARRY JEAN BOY, FIVE STAR TRANSPORT, LLC,
AND AMERICAN INTER-FIDELITY EXCHANGE

## VERIFICATION

STATE OF _____
PARISH/COUNTY OF _____

    BEFORE ME, the undersigned authority, personally appeared

LARRY JEAN BOYD

who, after being duly sworn, did depose and state that he has read the foregoing Answers to Interrogatories, Responses to Request for Production of Documents, and Responses to Request for Admissions, and that same are true and correct to the best of his knowledge and belief.

 

_____
LARRY JEAN BOYD

SWORN AND SUBSCRIBED
BEFORE ME ON THIS \_\_\_\_\_
DAY OF _____, 201\_\_.

_____
NOTARY PUBLIC

## VERIFICATION

STATE OF _____
PARISH/COUNTY OF _____

      BEFORE ME, the undersigned authority, personally appeared

FIVE STAR TRANSPORT, LLC

who, after being duly sworn, did depose and state that it has read the foregoing Answers to Interrogatories, Responses to Request for Production of Documents, and Responses to Request for Admissions, and that same are true and correct to the best of its knowledge and belief.

 

                                                                                           FIVE STAR TRANSPORT, LLC

SWORN AND SUBSCRIBED
BEFORE ME ON THIS _____
DAY OF _____, 20___.


_____
NOTARY PUBLIC

## VERIFICATION

STATE OF _____
PARISH/COUNTY OF _____

      BEFORE ME, the undersigned authority, personally appeared

AMERICAN INTER-FIDELITY EXCHANGE

who, after being duly sworn, did depose and state that it has read the foregoing Answers to Interrogatories, Responses to Request for Production of Documents, and Responses to Request for Admissions, and that same are true and correct to the best of its knowledge and belief.

 

                                                                                      _____
                                                                                      AMERICAN INTER-FIDELITY EXCHANGE

 

SWORN AND SUBSCRIBED
BEFORE ME ON THIS _____
DAY OF _____, 20___.

 

_____
           NOTARY PUBLIC

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | :02-04-2016 15:53 |
| FAX NO.1 | :12197554560 |
| NAME | :AIFE |

| | |
|---|---|
| FILE NO. | : 740 |
| DATE | : 02.04 15:51 |
| TO | : ☏ 15152625838 |
| DOCUMENT PAGES | : 4 |
| START TIME | : 02.04 15:51 |
| END TIME | : 02.04 15:53 |
| PAGES SENT | : 4 |
| STATUS | : OK |

***SUCCESSFUL TX NOTICE***



AMERICAN INTER-FIDELITY EXCHANGE

9223 Broadway; Ste. A
Merrillville, IN 46410
P: 219-755-4567
F: 219-755-4560
www.aifexchange.com

## FACSMILE COVER SHEET

DATE : 02/04/2016            OUR FILE #L160081

#
ATTN: TOM, YAWS AUTO, YOU WERE THE HIGHEST BIDDER ON 2005 TOYOTA COROLLA,$100.00  LOCATED AT BJ TOWING, WILLIAMSBURG IA, PH 319-668-1110,OWNERS SALLEY ROSS  TO CLEAN OUT CAR TODAY, ADVANCE CHARGES ARE TOWING 238.50 PLUS $20.0 PER DAY STORAGE. DOL 01/30/2016, PLEAS E PICK UP ONCE RELEASE.

STAN NYKAZA...... (Stanaife@airbaud.net)  FAX 219-755-4560

COMPANY:

NO OF PAGES INCLUDING COVER SHEET-----------