## UNITED STATES DISTRICT COURT

## OF LOUISIANA

| | | |
|---|---|---|
| **ROSEMARIE ROBERTSON WIFE OF/AND ROGER BLAIS** | * | **CIVIL ACTION NO.: 16-10616** |
| versus | * | SECTION: F |
| **LARRY JEAN BOYD, FIVE STAR TRANSPORT, LLC, AND AMERICAN INTER-FIDELITY EXCHANGE** | * | MAG. 2 |

### ORDER

**IT IS ORDERED** that plaintiff's petition in the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs

NEW ORLEANS, LOUISIANA, this 21st day of _____June_____, 2017.

_____
JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT

JRN,JR 238.0008

- 2 -